IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-8288-CIV-MARRA/SELTZER

AIR TURBINE TECHNOLOGY, INC., )
a Florida corporation, )
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff, )
vs. )
　　　　　　　　　　　　　　　　　　)
ATLAS COPCO TOOLS AND ASSEMBLY )
SYSTEMS AB, a Swedish corporation,)
ATLAS COPCO NORTH AMERICA, INC.,)
a Delaware corporation, and ATLAS COPCO )
TOOLS & ASSEMBLY SYSTEMS, INC., a )
Delaware corporation, )
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants. )
_____)



## **DECLARATION OF CHRISTOPHER J. LEISNER**

I, Christopher J. Leisner, under oath, state based solely upon my own personal knowledge

1.　　I am a certified public account, licensed in the State of Illinois, and am a certified management consultant. I have been qualified and have testified as a damage expert in more than thirty (30) cases, pending in both Federal and State Courts throughout the United States.

2.　　I am an member and co-owner of Creative IP Solutions LLC. Creative IP Solutions LLC's other co-owner is Thomas Wiggins. Mr. Wiggins is also a member of Creative IP Solutions LLC.

3.　　Mr. Wiggins assisted me in preparing my expert report in this case by gathering information that I considered and analyzed when preparing my expert report in this case. At all times I closely supervised Mr. Wiggins work, and am able to repeat all research that was done by Mr. Wiggins. Mr. Wiggins' work product and market research materials that I analyzed,

QBNAP\403263.1

comprising more than fifty-eight (58) megabytes of data, were produced prior to my first deposition.

4.  I personally wrote the expert report that I have issued in this matter.

I declare under penalty of perjury, based upon my personal knowledge, that the foregoing is true and correct.

Executed on August 10, 2003

*/s/ Christopher J. Leisner*
CHRISTOPHER J. LEISNER