UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-8288-CIV-MARRA/JOHNSON

AIR TURBINE TECHNOLOGY, INC.,

    Plaintiff,

vs.

ATLAS COPCO AB, ATLAS COPCO
TOOLS AB, ATLAS COPCO NORTH
AMERICA INC., and ATLAS COPCO
TOOLS INC.,

    Defendants.
_____/

**JUDGMENT AWARDING COSTS AND EXPENSES**

THIS CAUSE is before the Court upon the separately entered order which determined the amount of costs and expenses to be awarded to Defendants.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Defendants Atlas Copco AB, Atlas Copco Tools AB, Atlas Copco North America Inc. and Atlas Copco Tools Inc. in the amount of $201,170.68 and against Plaintiff Air Turbine Technology, Inc.

2. The Judgment shall bear interest at the rate of 2.04% per annum from the date of this Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 26th day of February 2008.

                                          KENNETH A. MARRA
                                          United States District Judge

copies to:

All counsel of record